UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTY LYNN O'BRIEN,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,

    Defendant.
_____/

Case No. 18-cv-13422

U.S. DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [#16] DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [#11], GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [#14] AND AFFIRMING THE COMMISSIONER'S DECISION**

    This matter is before the Court on cross motions for summary judgment. ECF Nos. 11, 14. This Court referred the matter to Magistrate Judge Anthony P. Patti, who issued a Report and Recommendation on January 21, 2020, recommending that this Court deny Plaintiff's Motion for Summary Judgment and grant Defendant's Motion for Summary Judgment. *Id*. Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1)(C). Upon review of the parties' briefing and the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate Judge has reached the correct conclusion. Therefore, the Court hereby

1

ACCEPTS and ADOPTS Magistrate Grand's December 13, 2019 Report and Recommendation [#16] as this Court's findings of fact and conclusions of law. Plaintiff's Motion for Summary Judgment is DENIED, Defendant's Motion for Summary Judgment is GRANTED, and the Commissioner's decision is AFFIRMED.

**IT IS SO ORDERED.**

s/Gershwin A. Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE

Dated: February 24, 2020

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
February 24, 2020, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager